IN THE MATTER OF:  
George Benjamin Griffn 3rd (BMNH DOB 07/24/1985)  
2006 Volkswagen Blue SUV  
VIN: WVGZG77L66D043590  

} JUSTICE OF THE PEACE COURT #11  
}  
} STATE OF DELAWARE  
}  
} SEARCH WARRANT  

THE STATE OF DELAWARE TO **Corporal / Task Force Officer T.D Kashner** with the assistance of any police officer or constable or any other necessary or proper person or persons or assistance.

GREETINGS:

Upon the annexed affidavit and application or complaint for a search warrant, as I am satisfied that there is probable cause to believe that certain property; **Marijuana, Methamphetamine, Fentanyl, Heroin, Cocaine, Prescription Pills, and any other controlled substances, scales and packaging equipment, drug paraphernalia, United States Currency (Money), business records indicative of drug transactions and U.S.C. transactions, electronic communication devices, any firearms, ammunition and/or weapons, photographs of U.S.C. and/or illegal drug use (See Addendum)** used or intended to be used for is being concealed on the **Person(s) or in the Premise** described in the annexed affidavit and application or complaint; and that search of the premises in the **day** time is necessary in order to prevent the escape or removal of the person or thing to be searched for: **TITLE 16 CHAPTER 4754 (Drug Dealing)**

NOW THEREFORE, YOU ARE HEREBY COMMANDED within **ten (10)** days of the date hereof to search the above-named person, persons, house, conveyance or place for the property specified in the annexed affidavit and application, and to search any occupant or occupants found in the house, place, or conveyance above-named for such property, serving this warrant and making the search in the **day time**, or in the nighttime if the property to be searched is not a dwelling house, and, if the property, papers, articles or things, or any part thereof, be found there, to seize it, giving to the person from whom or from whose premises the property was taken a copy of the warrant and a receipt for the property taken, or leaving the copy and receipt at the place from which the property was taken and to prepare a signed inventory of the goods seized in the presence of the person from whose possession or premises the property was taken, if they are present, or, if they are not present, in the presence of a least one witness, and to return this warrant, accompanied by the written inventory, to me forthwith.

DATED the ____8____ day of ___September___ A.D. 2022

_____  
Judge

Bracey Dixon III  
Name/Title (Print)

JP 11  
Court

[Stamp: 2022 SEP -8 P 5:49 JUSTICE OF THE PEACE COURT RECEIVED]

[Seal: JUSTICE OF THE PEACE COURT STATE OF DELAWARE]

1

GRIFFIN-00000097

IN THE MATTER OF:
George Benjamin Griffin 3rd (BMNH DOB 07/24/1985)
2006 Volkswagen Blue SUV
VIN: WVGZG77L66D043590

} JUSTICE OF THE PEACE COURT #11
}
} STATE OF DELAWARE
}
} SEARCH WARRANT

## APPLICATION AND AFFIDAVIT

| STATE OF DELAWARE | DATE OF APPLICATION | COMPLAINT NO. |
|---|---|---|
| COUNTY OF NEW CASTLE | 09/08/2022 | |

NAME(S) OF AFFIANT(S): Corporal / Task Force Officer T. D. Kashner of the Newport Police Department /HSI Task Force personally appeared before me, and being duly sworn (affirmed) according to law, depose(s) and say(s) that there is probable cause to believe that certain property is evidence of, or the fruit of a crime, or is contraband, or is unlawfully possessed or is otherwise subject to seizure, and is located at particular premises or places or in the possession of a particular person(s) as described below:

Identify item(s) to be searched for and seized:
Marijuana, Methamphetamine, Fentanyl, Heroin, Cocaine, Prescription Pills, and any other controlled substances, scales and packaging equipment, drug paraphernalia, United States Currency (Money), business records indicative of drug transactions and U.S.C. transactions, electronic communication devices, any firearms, ammunition and/or weapons, photographs of U.S.C. and/or illegal drug use (See Addendum)

Specific description of premises and/or place(s) and/or vehicle(s) and/or person(s) to be searched:
2006 Volkswagen Blue SUV VIN: WVGZG77L66D043590
Occupants: George Benjamin Griffin 3rd (BMN DOB 07/24/1985)

Violation of (describe conduct or specify statute): **TITLE 16 CHAPTER 4754 Drug Dealing**

PROBABLE CAUSE BELIEF IS BASED ON THE FACTS AND CIRCUMSTANCES SET FORTH IN THE HEREIN ATTACHED PROBABLE CAUSE SHEET CONSISTING OF **11** PAGES(S).
*************************************************************************************

| _____ OF | Newport Police Department | 8038 |
|---|---|---|
| (SIGNATURE OF AFFIANT) | AGENCY/DEPARTMENT) | (IBM) |
| _____ OF | | |
| (SIGNATURE OF AFFIANT) | AGENCY/DEPARTMENT) | (IBM) |

SWORN AND SUBSCRIBED BEFORE ME, THIS __8__ DAY OF _September_ 2022

_____
(SIGNATURE OF ISSUING AUTHORITY)    (COURT)

IN THE MATTER OF:
George Benjamin Griffn 3rd (BMNH DOB 07/24/1985)
2006 Volkswagen Blue SUV
VIN: WVGZG77L66D043590

} JUSTICE OF THE PEACE COURT #11

} STATE OF DELAWARE

} SEARCH WARRANT

TO LAW ENFORCEMENT OFFICER(S): WHEREAS, facts have been sworn to or affirmed before me, by written affidavit(s) attached hereto, from which I have found probable cause, I do authorize you to search the herein described premises and/or place(s) and/or vehicle(s) and/or person(s) and to seize, secure, inventory and make return in accordance to the DELAWARE Code, the herein described items.

*****************************************************************************

(✓) This warrant should be served no later than 10:00 A.M./P.M. 18 September, 2022, and shall be executed only during the DAY TIME hours. ISSUED UNDER MY HAND THIS 8 day of September, 2022, at 5:49 A.M./P.M. o'clock
(ISSUE TIME MUST BE STATED)

_____
Signature of Issuing Authority

*****************************************************************************

( ) This warrant should be served no later than _____ A.M./P.M. _____, 2022, and shall be executed ANY TIME during DAY OR NIGHT. ISSUED UNDER MY HAND THIS ____ day of _____, 2022 at _____ A.M./P.M. o'clock.
(ISSUE TIME MUST BE STATED)

_____
Signature of Issuing Authority

3

IN THE MATTER OF:  } JUSTICE OF THE PEACE COURT #11
George Benjamin Griffn 3rd (BMNH DOB 07/24/1985)
2006 Volkswagen Blue SUV  }
VIN: WVGZG77L66D043590  } STATE OF DELAWARE
  }
  } SEARCH WARRANT

    STATE OF DELAWARE  }  SEARCH WARRANT
    COUNTY OF NEW CASTLE  }  APPLICATION AND AFFIDAVIT

*********************************************************************************

PROBABLE CAUSE SHEET

DATE OF APPLICATION: ___09/08/2022_____ COMPLAINT NO.:

*********************************************************************************

1. Your Affiant (Cpl. Kashner) is a sworn member of the Newport Police Department and has been so since graduating the Wilmington Department of Police Training Academy in May of 2015. Your Affiant was formerly a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), United States Department of Justice. Your Affiant is now a Department of Homeland Security Investigations Task Force Officer assigned to the First State BEST Team. Your affiant is also currently assigned to the Patrol Division with the Newport Police Department. During the course of my law enforcement career, your affiant has participated in several hundred criminal investigations in the surface and undercover capacity involving violations of state and federal narcotics laws, which led to arrests, convictions of violators, and seizures of narcotics and proceeds gained from illegal activity. Your affiant has received training in various investigative techniques and through my training, knowledge, and professional experience. Your affiant is familiar with the methods that narcotics traffickers use to avoid detection by law enforcement. Your affiant has also received training in relation to the identification, manufacture, and distribution of illegal drugs including heroin, fentanyl, powder cocaine, cocaine base (crack), MDMA (Ecstasy), and marijuana. Your affiant has attended numerous schools and seminars that specialized in all aspects of narcotics investigations. Your affiant continues to keep abreast of current trends and practices of drug traffickers by reading periodicals, intelligence reports, and training literature. Additionally, your affiant has daily contact with Special Agents, other law enforcement personnel, confidential sources, and sources of information to remain up to date with current trends of narcotics traffickers. The primary mission of the Homeland Security Investigations' (HSI) Border Enforcement Security Task Force (BEST) is to combat emerging and existing Transnational Criminal Organizations (TCO) by employing the full range of federal, state, local, tribal and international law enforcement authorities and resources in the fight to identify, investigate, disrupt and dismantle these organizations at every level of operation. BEST Special Agents and TFOs investigate a wide range of criminal activity to include drug trafficking, arms trafficking, human trafficking and smuggling, gangs, money laundering and bulk cash smuggling, child exploitation, maritime smuggling, illicit tunnels and commercial fraud.

4

| | |
|---|---|
| IN THE MATTER OF:<br>George Benjamin Griffin 3rd (BMNH DOB 07/24/1985)<br>2006 Volkswagen Blue SUV<br>VIN: WVGZG77L66D043590 | } JUSTICE OF THE PEACE COURT #11<br>}<br>} STATE OF DELAWARE<br>}<br>} SEARCH WARRANT |

2. During the third week of June, 2022, Maryland State Police Strategic Operations Group-North (SOG-N) Investigators came in contact with a proven and reliable confidential source, hereinafter known as CS1 regarding CDS activity in Cecil County, Maryland. CS1 advised that a subject identified, as George Benjamin Griffin 3rd (B/M DOB: 07/24/1985) was selling large quantities of CDS. SOG-N investigators are familiar with Griffin 3rd and have had personal contact with him. CS1 stated that they were able to purchase CDS from Griffin 3rd and were willing to cooperate with SOG-N investigators. CS1 also provided investigators with Griffin 3rd cellular number which was identified as 443-325-2365. After debriefing CS1, investigators contacted an investigator with the Cecil County Drug Task Force. The CCDTF investigator advised that they were familiar with Griffin 3rd and received recent "tips" of his CDS activities. It should be noted that SOG-N investigators were contacted by an allied agency who provided valuable information concerning Griffin's 3rd illicit sales of CDS that they gained from a debrief of a subject.

3. **Controlled Purchase #1:** During the third week of June 2022, SOG-N investigators utilized CS1 to conduct a controlled purchase of CDS from Griffin 3rd. CS1 was explained the legal and technical aspects of such an operation and CS1 advised that he/she understood. Prior to the purchase, CS1 and his/her vehicle were searched before the purchase and was found to be free of CDS and/or contraband. CS1 was directed under the direct supervision of investigators to contact Griffin 3rd via telephone. The cell phone number CS1 contacted was verified to be 443-325-2365. An arrangement was made between CS1 and Griffin 3rd to meet for the purpose of the CDS transaction. CS1 was given an amount of U.S. Currency and was directed to meet Griffin 3rd at an undisclosed area in Cecil County, Maryland. CS1 responded to the pre-arranged meeting area in Cecil County, Maryland as investigators maintained visual contact with CS1. Investigators observed CS1 contacted the occupants of a white Chevrolet SUV and were able to positively identify the driver to be in George Benjamin Griffin 3rd. Griffin 3rd then directed him/her into the white Chevrolet SUV bearing MD registration (7EX7619). Investigators observed the Chevrolet SUV leave the undisclosed location and travel on an adjacent road. During this time, CS1 was able to provide investigators updated locations of where they were via text messages. After several minutes, investigators observed the Chevrolet SUV return to the original location where CS1 was picked up. Once the controlled purchase was completed, investigators observed CS1 exit the white Chevrolet SUV and leave the area. Investigators were able to maintain visual contact with CS1 and met CS1 at an undisclosed area. Once contact was made, the amount of CDS was recovered from CS1. CS1 and his/her vehicle was again searched and found to be absent of any CDS/contraband. Investigators recognized the CDS as such based upon their

IN THE MATTER OF:  
George Benjamin Griffin 3rd (BMNH DOB 07/24/1985)   } JUSTICE OF THE PEACE COURT #11  
2006 Volkswagen Blue SUV  
VIN: WVGZG77L66D043590   } STATE OF DELAWARE  

} SEARCH WARRANT

training, knowledge and experience. A debrief of CS1 was conducted who advised that the CDS transaction was conducted while he/she rode in the Chevrolet SUV with Griffin 3rd. CS1 stated that an unknown female was riding as a passenger with Griffin 3rd. CS1 advised that Griffin 3rd did not want to conduct the CDS transaction at the original undisclosed area because to many people were around. After debriefing CS1, the CDS was transported to MSP-North East Barrack for processing. A MVA check of the Chevrolet SUV was conducted by investigators and identified the registered owner to be a Janet Kay Cianelli of 109 Anderson Ave. Havre de Grace, MD 21078.

4. Senior Trooper Pettit #5084 contacted CS1 who advised that Griffin 3rd switched numbers and provided the number (443-256-8565). A check through multiple law enforcement data bases failed to identify the subscriber of the phone number.

5. **Controlled Purchase #2**: During the fourth week of June 2022, members of the MSP SOG met with CS1 in a pre-determined area of Cecil County, Maryland to conduct a controlled purchase of CDS from Griffin 3rd. Troopers explained the legal and technical aspects of conducting a controlled purchase of CDS to which they stated they understood. MSP SOG members directed CS1 to place a controlled phone call to Griffin 3rd at 443-256-8565 for the purpose of purchasing CDS. A full frontal photograph of Griffin 3rd was shown to CS1 who positively identified the photograph to be of Griffin 3rd. Prior to the purchase, CS1 and his/her vehicle were searched before the purchase and was found to be free of CDS and/or contraband. MSP SOG members were present during the conversation between CS1 and Griffin 3rd which through their training, knowledge, and experience knew to be a drug related phone conversation. Griffin 3rd then directed CS1 to an undisclosed area in Perryville, Maryland where the two of them would conduct the drug transaction. MSP SOG members provided CS1 an undisclosed amount of US Currency which was the agreed amount of money for the CDS and followed CS1 to the undisclosed Perryville, Maryland area. Other members of the MSP SOG-N were conducting surveillance of the location described by Griffin 3rd. After a short amount of time, CS1 contacted MSP SOG members and advised that they just met Griffin 3rd at the location where the purchase of CDS was completed. The location of the drug transaction was identified as 345 Broad St. Perryville, MD 21903 Apt. 14. MSP SOG members met with CS1 in a pre-determined area of Cecil County, Maryland where they immediately turned over the CDS. CS1 was followed to this pre-determined area by MSP SOG members. CS1 stated that they met with Griffin 3rd and exchanged the US Currency (provided by MSP) for the CDS. MSP SOG members immediately identified the CDS as such based on their training, knowledge, and experience. It should be noted that CS1 and their vehicle was checked before and after the controlled purchase for any contraband

6

IN THE MATTER OF:  
George Benjamin Griffin 3rd (BMNH DOB 07/24/1985)  
2006 Volkswagen Blue SUV  
VIN: WVGZG77L66D043590  

} JUSTICE OF THE PEACE COURT #11  
}  
} STATE OF DELAWARE  
}  
} SEARCH WARRANT  

and/or US Currency and none were located. A full frontal photograph of Griffin 3rd was shown to CS1 who positively identified Griffin 3rd to be the subject whom they purchased the CDS from. After de-briefing CS1, MSP SOG processed the CDS and placed it into the MSP North East Barracks CDS locker.

6. It was learned after debriefing CS1 that Griffin 3rd resides in Room 14 of the Perry Villa with his uncle who he/she identified as "Gregory". A check through multiple law enforcement databases revealed "Gregory's" full government name to be Gregory Levon Griffin Sr. ( ). An MVA check of Gregory Griffin revealed that his listed address is the Perry Villa, 345 Broad St. Perryville, MD 21903 Apt. 14 which verified the information provided by CS1.

7. During the fourth week of June, 2022, S/T Pettit #5084 was conducting physical surveillance and electronic surveillance of the Perry Villa. During this time, S/T Pettit #5084 observed the white Chevrolet Equinox bearing MD registration (7EX7619) in the parking lot of the apartment complex. The vehicle was in the parking lot for a short period of time before going mobile. S/T Pettit #5084, in a covert capacity, was able to follow the vehicle for several minutes. The vehicle did not travel on any direct/main roadway but was taking "back" roads and indirect roads to an address in Colora, MD. The address was identified as 2250 Liberty Grove Rd. Colora, MD. A check of the electronic surveillance revealed that Griffin 3rd' was also with the vehicle. After a brief time, the surveillance ceased. It should be noted that SOG-N investigators have been in contact with several concerned citizens concerning 2250 Liberty Grove Rd. Colora, MD. The concerned citizens advised that they believe drug activity occurs at the residence and have observed "a lot" of vehicle traffic entering and exiting the property.

8. During the fourth week of June, 2022, S/T Pettit #5084 authored a subpoena request for the Perry Villa, 345 Broad St. Perryville, MD 21903 to obtain tenant information and to again verify that apartment 14 is the suspected residence. The request was approved by the Cecil County State's Attorney's Office and was served. The information provided by management, revealed that apartment 14 is listed to Gregory Griffin.

9. MSP SOG was contacted by CS1 who advised that Griffin 3rd changed his cell phone number and stated that Griffin's new cell phone number is 443-256-8565. A check through multiple law enforcement data bases failed to identify the subscriber of the phone number.

7

IN THE MATTER OF:  } JUSTICE OF THE PEACE COURT #11
George Benjamin Griffin 3rd (BMNH DOB 07/24/1985)
2006 Volkswagen Blue SUV  }
VIN: WVGZG77L66D043590  } STATE OF DELAWARE
  }
  } SEARCH WARRANT

10. **Controlled Purchase #3:** During the fourth week of June 2022, members of the MSP SOG met with CS1 in a pre-determined area of Cecil County, Maryland to conduct a controlled purchase of CDS from Griffin 3rd. MSP SOG explained the legal and technical aspects of conducting a controlled purchase of CDS to which they stated they understood. MSP SOG directed CS1 to place a controlled phone call to Griffin 3rd at 443-256-8565 for the purpose of purchasing CDS. A full frontal photograph of Griffin 3rd was shown to CS1 who positively identified the photograph to be of Griffin 3rd. Prior to the purchase, CS1 and his/her vehicle were searched before the purchase and was found to be free of CDS and/or contraband. MSP SOG was present during the conversation between CS1 and Griffin 3rd which through their training, knowledge, and experience knew to be a drug related phone conversation. Griffin 3rd then directed CS1 to an undisclosed area in Perryville, Maryland where the two of them would conduct the drug transaction. MSP SOG provided CS1 an undisclosed amount of US Currency which was the agreed amount of money for the CDS and followed CS1 to the undisclosed Perryville, Maryland area. Other members of the MSP SOG-N were conducting surveillance of the location described by Griffin 3rd. After a short amount of time, CS1 contacted MSP SOG and advised that they just met Griffin 3rd at the location where the purchase of CDS was completed. The location of the drug transaction was identified as 345 Broad St. Perryville, MD 21903 Apt. 14 through physical surveillance by investigators. MSP SOG met with CS1 in a pre-determined area of Cecil County, Maryland where they immediately turned over the CDS. CS1 was followed to this pre-determined area by MSP SOG members. CS1 stated that they met with Griffin 3rd and exchanged the US Currency (provided by MSP) for the CDS. MSP SOG members immediately identified the CDS as such based on their training, knowledge, and experience. It should be noted that CS1 and their vehicle were checked before and after the controlled purchase for any contraband and/or US Currency and none were located. A full frontal photograph of Griffin 3rd was shown to CS1 who positively identified Griffin 3rd to be the subject whom they purchased the CDS from. After de-briefing CS1, MSP SOG processed the CDS and placed it into the MSP North East Barracks CDS locker.

11. **Controlled purchase #4:** During the first week of July, investigators learned that Griffin 3rd was no longer utilizing cellphone number 443-256-8565. Investigators then met with CS1 in a pre-determined area of Cecil County, Maryland, who advised that Griffin 3rd's new number is 240-267-3943. MSP SOG directed CS1 to place a controlled phone call to Griffin 3rd at 240-267-3943 for the purpose of purchasing CDS. A full frontal photograph of Griffin 3rd was shown to CS1 who positively identified the photograph to

8

IN THE MATTER OF:  } JUSTICE OF THE PEACE COURT #11
George Benjamin Griffin 3rd (BMNH DOB 07/24/1985)
2006 Volkswagen Blue SUV  }
VIN: WVGZG77L66D043590
} STATE OF DELAWARE
}
} SEARCH WARRANT

be of Griffin 3rd. Prior to the purchase, CS1 and his/her vehicle were searched before the purchase and was found to be free of CDS and/or contraband. MSP SOG was present during the conversation between CS1 and Griffin 3rd which through their training, knowledge, and experience knew to be a drug related phone conversation. Griffin 3rd then directed CS1 to the Perry Villa, 345 Broad St. Perryville, Maryland 21903 Apt. 14 where the two of them would conduct the drug transaction. MSP SOG provided CS1 an undisclosed amount of US Currency which was the agreed amount of money for the CDS and followed CS1 to the Perry Villa, 345 Broad St. Perryville, Maryland 21903. Other members of the MSP SOG-N were conducting surveillance of the location described by Griffin 3rd. Investigators observed CS1 enter the parking lot of the Perry Villa. Through physical surveillance, Investigators were able to observe Griffin 3rd meet with CS1 in the hallway of the complex, where both walked to Apt. 14 and entered. After a short time, investigators physically observed CS1 exit apartment 14 and exit the complex. CS1 then called members of MSP SOG and advised that the "deal" was completed. MSP SOG met with CS1 in a pre-determined area of Cecil County, Maryland where they immediately turned over the CDS. CS1 was followed to this pre-determined area by MSP SOG members. CS1 stated that they met with Griffin 3rd and exchanged the US Currency (provided by MSP) for the CDS. MSP SOG immediately identified the CDS as such based on their training, knowledge, and experience. It should be noted that CS1 and their vehicle was checked before and after the controlled purchase for any contraband and/or US Currency and none were located. A full frontal photograph of Griffin 3rd was shown to CS1 who positively identified Griffin 3rd to be the subject whom they purchased the CDS from. After de-briefing CS1, MSP SOG processed the CDS and placed it into the MSP North East Barracks CDS locker. Through the use of multiple law enforcement databases, MSP SOG determined that the number 240-267-3943 was registered to a subject identified as McKenzie West. It should be noted that investigators previously identified McKenzie West as possible co-conspirator in this investigation. Investigators have observed her with Griffin 3rd on multiple occasions. Investigators have also observed McKenzie West and Griffin 3rd together in a white Chevrolet Equinox bearing MD registration 7EX7619 during a controlled purchase of CDS. Investigators have also observed the Chevrolet Equinox at McKenzie West's listed address of 109 Anderson Ave. Havre de Grace, MD.

12. During the second week of July, 2022, Investigators were conducting physical surveillance of the target residence (Perry Villa, 345 Bond St. Perryville, MD 21903 Apt. 14). During surveillance, investigators observed a silver GMC Sierra bearing DE registration (CL80114) enter the parking lot of the complex. Investigators observed one black male wearing a black hat (backwards), with a dark blue t-shirt (with red logo) and

9

IN THE MATTER OF: } JUSTICE OF THE PEACE COURT #11
George Benjamin Griffn 3rd (BMNH DOB 07/24/1985)
2006 Volkswagen Blue SUV }
VIN: WVGZG77L66D043590 } STATE OF DELAWARE
}
} SEARCH WARRANT

blue jean shorts and another black male wearing a blue baseball hat, light blue t-shirt and dark pants enter the complex. Investigators then observed both subjects enter apartment 14. Investigators then observed a white female knock on the door to apartment 14. After a short time, investigators observed both black males exit apartment 14 and leave in the silver GMC Sierra. Through the use of electronic surveillance, investigators were able to determine that Griffin 3rd was currently at the residence. Through their training, knowledge and experience, MSP SOG members know that the observation during surveillance indicate the distribution of CDS. They also know that drug traffickers will often direct "customers" to meet at their current location to conduct CDS transactions. An MVA check of the silver GMC Sierra bearing DE registration (CL80114) revealed that the registered owner of the GMC Sierra was Troy Arness Gatewood. Investigators conducted a check of Gatewood and the check revealed that Gatewood has a history of CDS charges to include possession of CDS and distribution of CDS. Investigators, through their training, knowledge and experience determined that the level of traffic and identity of individuals contacting Griffin 3rd at his identified residence is indicative of CDS distribution.

13. During the second week of July 2022, SOG-N investigators were conducting surveillance of 109 Anderson Ave. Havre de Grace, MD the identified residence of McKenzie West. The white Chevrolet Equinox identified by investigators that is utilized by West was parked at the residence. During this time, investigators observed West enter the White Chevrolet Equinox and leave the residence. Investigators were able to conduct mobile surveillance of the Equinox and never lost sight of the vehicle. Investigators observed the vehicle pull into a driveway adjacent to the address of 633 Cole St. Perryville, MD 21903. A short time later, investigators observed a white male, with tattoos, exit the residence of 633 Cole St. Perryville, MD 21903 and enter the passenger side of the Chevrolet Equinox. After a few minutes, the white male exits the vehicle. McKenzie West is observed sitting in the vehicle for a few more minutes before leaving. Investigators observed West travel to Havre de Grace, MD and stop at a Dollar Tree near her residence before ultimately returning to her residence. Investigators know, through their training, knowledge and experience that the actions observed is indicative of drug sales. Investigators made contact with Perryville Police Officer Morgan concerning the residence. Officer Morgan did advise that the area is known for CDS activity.

14. During the second week of July, 2022, Investigators conducted surveillance of Perry Villa, 345 Broad St. Perryville, MD 21903. Investigators observed that the white Equinox was parked in the parking lot of the Perry Villa. During this time, investigators observed both McKenzie West and Griffin 3rd leave in the white Equinox. Through the

10

GRIFFIN-00000106

| | |
|---|---|
| IN THE MATTER OF:<br>George Benjamin Griffin 3rd (BMNH DOB 07/24/1985)<br>2006 Volkswagen Blue SUV<br>VIN: WVGZG77L66D043590 | } JUSTICE OF THE PEACE COURT #11<br>}<br>} STATE OF DELAWARE<br>}<br>} SEARCH WARRANT |

use of electronic surveillance, investigators observed the white Equinox travel to 2250 Liberty Grove Rd. Colora, MD. It should be noted that this address is a known "Trap" house. (A trap house is identified as a place where illegal drugs are sold). Investigators observed Griffin 3rd and West make contact with several subjects in a RV/mobile home. Through training, knowledge and experience Your Affiant knows that drug traffickers will travel to these ("Trap houses") areas to pick up money and/or drop off CDS for re-sale.

15. **Controlled Purchase #5:** During the third week of July, 2022, Investigators then met with CS1 in a pre-determined area to conduct a controlled purchase of CDS from Griffin 3rd. MSP SOG explained the legal and technical aspects of conducting a controlled purchase of CDS to which they stated they understood. MSP SOG directed CS1 to place a controlled phone call to Griffin 3rd at 240-267-3943 for the purpose of purchasing CDS. A full frontal photograph of Griffin 3rd was shown to CS1 who positively identified the photograph to be of Griffin 3rd. Prior to the purchase, CS1 and his/her vehicle were searched before the purchase and was found to be free of CDS and/or contraband. MSP SOG was present during the conversation between CS1 and Griffin 3rd which through his training, knowledge, and experience knew to be a drug related phone conversation. Griffin 3rd then directed CS1 to the Perry Villa, 345 Broad St. Perryville, Maryland 21903 Apt. 14 where the two of them would conduct the drug transaction. MSP SOG provided CS1 an undisclosed amount of US Currency which was the agreed amount of money for the CDS and followed CS1 to the Perry Villa, 345 Broad St. Perryville, Maryland 21903. Other members of the MSP SOG-N were conducting surveillance of the location described by Griffin 3rd. Investigators observed CS1 enter the parking lot of the Perry Villa. Through physical surveillance, Investigators were able to observe Griffin 3rd meet with CS1 in the hallway of the complex, where both walked to Apt. 14 and entered. After a short time, investigators physically observed CS1 exit apartment 14 and exit the complex. CS1 then called MSP SOG members and advised that the "deal" was completed. MSP SOG met with CS1 in a pre-determined area of Cecil County, Maryland where they immediately turned over the CDS. CS1 was followed to this pre-determined area by MSP SOG members. CS1 stated that they met with Griffin 3rd and exchanged the US Currency (provided by MSP) for the CDS. MSP SOG immediately identified the CDS as such based on their training, knowledge, and experience. It should be noted that CS1 and their vehicle was checked before and after the controlled purchase for any contraband and/or US Currency and none were located. A full frontal photograph of Griffin 3rd was shown to CS1 who positively identified Griffin 3rd to be the subject whom they purchased the CDS from. After de-briefing CS1, MSP SOG processed the CDS and placed it into the MSP North East Barracks CDS locker.

GRIFFIN-00000107

IN THE MATTER OF:  } JUSTICE OF THE PEACE COURT #11
George Benjamin Griffin 3rd (BMNH DOB 07/24/1985)
2006 Volkswagen Blue SUV                              }
VIN: WVGZG77L66D043590                                } STATE OF DELAWARE
                                                      }
                                                      } SEARCH WARRANT

16. **Controlled purchase #6:** During the first week of August 2022, SOG-N investigators utilized CS#1 to conduct a controlled purchase of CDS from Griffin 3rd. CS#1 was explained the legal and technical aspects of such an operation and CS#1 advised that he/she understood. Prior to the purchase, CS#1 and his/her vehicle were searched before the purchase and was found to be free of CDS and/or contraband. While briefing CS#1, It was advised by CS#1 that Griffin again changed his cellular number and provided the number 443-485-0650. (It should be noted that prior to receiving this information from CS#1, investigators knew, through the use of electronic surveillance that Griffin was not utilizing the number 240-267-3943 and that cellular number was no longer active). CS#1 also advised that Griffin purchased a new vehicle and described the vehicle to be a Volkswagen SUV. CS#1 was then directed under the direct supervision of investigators to contact Griffin 3rd via telephone. The cellular number dialed by CS#1 was verified to be 443-485-0650. An arrangement was made between CS#1 and Griffin 3rd to meet for the purpose of the CDS transaction. MSP SOG members were present during the conversation between CS#1 and Griffin 3rd which through their training, knowledge and experience knew to be a drug related phone conversation. CS#1 was given an amount of U.S. Currency and was directed to meet Griffin 3rd at an undisclosed area in Cecil County, Maryland. CS#1 responded to the pre-arranged meeting area in Cecil County, Maryland as investigators maintained visual contact with CS#1. Investigators observed CS#1 contact Griffin 3rd and were able to positively identify him to be George Benjamin Griffin 3rd. Griffin was observed meeting with CS#1 in a blue **2006 Volkswagen SUV bearing DE temporary registration (XQ282892)**. Investigators then observed CS#1 enter the vehicle. After a brief time, once the controlled purchase was completed, investigators observed CS#1 exit the Volkswagen SUV and leave the area. Investigators were able to maintain visual contact with CS#1 and met CS#1 at an undisclosed area. Once contact was made, the amount of CDS was recovered from CS#1. CS#1 and his/her vehicle was again searched and found to be absent of any CDS/contraband. Investigators recognized the CDS as such based upon their training, knowledge and experience. A full frontal photograph of Griffin 3rd was shown to CS#1 who positively identified Griffin 3rd to be the subject whom they purchased the CDS from. After debriefing CS#1, the CDS was transported to MSP-North East Barrack for processing. Investigators conducted an MVA query of the registration (XQ282892). The query revealed that the **Volkswagen SUV is a 2006 Volkwagen Touareg VIN: WVGZG77L66D043590** that is registered to George Griffin.

12

GRIFFIN-00000108

IN THE MATTER OF:                                  } JUSTICE OF THE PEACE COURT #11
George Benjamin Griffin 3rd (BMNH DOB 07/24/1985)
2006 Volkswagen Blue SUV                           }
VIN: WVGZG77L66D043590                             } STATE OF DELAWARE
                                                   }
                                                   } SEARCH WARRANT

17. During the 4th week of August, 2022, Your Affiant was contacted by CS1 who advised that Griffin 3rd changed his cell phone number and stated that Griffin's new cell phone number is 717-940-4104.

18. **Controlled Purchase #7:** During the first week of September 2022, SOG-N investigators utilized CS#1 to conduct a controlled purchase of CDS from Griffin 3rd. CS#1 was explained the legal and technical aspects of such an operation and CS#1 advised that he/she understood. Prior to the purchase, CS#1 was searched before the purchase and was found to be free of CDS and/or contraband. CS#1 was then directed under the direct supervision of investigators to contact Griffin 3rd via telephone. The cellular number dialed by CS#1 was verified to be 717-940-4104. An arrangement was made between CS#1 and Griffin 3rd to meet for the purpose of the CDS transaction. MSP SOG members were present during the conversation between CS#1 and Griffin 3rd which through his training, knowledge and experience knew to be a drug related phone conversation. CS#1 was given an amount of U.S. Currency and was directed to meet Griffin 3rd at an undisclosed area in Cecil County, Maryland. CS#1 responded to the pre-arranged meeting area in Cecil County, Maryland as investigators maintained visual contact with CS#1. Investigators observed CS#1 contact Griffin 3rd and were able to positively identify him to be George Benjamin Griffin 3rd. Griffin was observed meeting with CS#1 in a blue 2006 Volkswagen SUV bearing DE temporary registration (XQ282892). Investigators then observed CS#1 enter the vehicle. After a brief time, once the controlled purchase was completed, investigators observed CS#1 exit the Volkswagen SUV and leave the area. Investigators were able to maintain visual contact with CS#1 and met CS#1 at an undisclosed area. Once contact was made, the amount of CDS was recovered from CS#1. CS#1 and his/her vehicle was again searched and found to be absent of any CDS/contraband. Investigators recognized the CDS as such based upon their training, knowledge and experience. A full frontal photograph of Griffin 3rd was shown to CS#1 who positively identified Griffin 3rd to be the subject whom they purchased the CDS from. After debriefing CS#1, the CDS was transported to MSP-North East Barrack for processing.

19. Additionally, through the use of electronic and physical surveillance, MSP SOG has identified an address in Delaware that is suspected to be a source of supply location that Griffin 3rd has traveled to on multiple occasions. The address is further identified as 2249 Melson Rd. Wilmington, DE. 19808 Apt D37. MSP SOG has contacted Delaware Authorities who advised that the area is a known CDS source neighborhood and has produced multiple drug trafficking cases. MSP SOG was advised by CS1 that he/she believes that Griffin 3rd's source of supply is not in Maryland and believes that Griffin 3rd

13

IN THE MATTER OF:  } JUSTICE OF THE PEACE COURT #11
George Benjamin Griffin 3rd (BMNH DOB 07/24/1985)
2006 Volkswagen Blue SUV  }
VIN: WVGZG77L66D043590  } STATE OF DELAWARE
  }
  } SEARCH WARRANT

travels out of state to re-up his supply. Through the use of electronic surveillance, MSP SOG has identified a number that is registered to Frank White (W/M 11/02/1960). Further investigation revealed that Frank White was a previous resident of Cecil County, Maryland before moving to 2249 Melson Rd. Wilmington, DE 19808 Apt. D37.

20. On multiple occasions, SOG-N investigators have attempted to conduct controlled purchases from Griffin 3rd but were unsuccessful due to Griffin 3rd advising that he has to "re-up" his supply. After investigators would gain this information, investigators would conduct physical and electronic surveillance of Griffin 3rd and observe him traveling to 2249 Melson Rd. Wilmington, DE 19808 Apt. D37 after contacting Frank White via telephone. Upon leaving 2249 Melson Rd. Wilmington, DE 19808 Apt. D37, investigators would observe Griffin 3rd traveling on indirect routes, traveling north into Pennsylvania and entering Cecil County, Maryland south of Oxford, Pennsylvania. Investigators know that this travel pattern is unusual/indirect and is an attempt by Griffin 3rd to thwart law enforcement detection. It should be noted that after Griffin 3rd returns from the identified address in Wilmington, DE, he would contact CS1 to advise him/her that he had CDS available for purchase.

21. During the last week of August 2022, investigators have physically observed Griffin 3rd at 2249 Melson Rd. Wilmington, DE 19808 Apt. D37. Griffin 3rd has been physically observed speaking with Frank White at the identified address.

22. Based upon the aforementioned information it is apparent that Griffin the 3rd is utilizing the blue Volkswagen SUV to store, contain, and transport Controlled Substances from Delaware to Maryland for the purpose of distribution.

14

IN THE MATTER OF:  
George Benjamin Griffn 3rd (BMNH DOB 07/24/1985)  
2006 Volkswagen Blue SUV  
VIN: WVGZG77L66D043590

} JUSTICE OF THE PEACE COURT #11  
}  
} STATE OF DELAWARE  
}  
} SEARCH WARRANT

Addendum

### Property to be seized:

1. Enter / Seize and search the premise as completely described herein the application and affidavit for evidence of the aforementioned crimes to include evidence of criminal activity.

2. Any illegal drugs as defined by Delaware law, Title 16.

3. Any related drug paraphernalia as defined by Delaware law, Title 16, Section 4701(16). Drug paraphernalia shall include materials of any kind which are used, intended for use or designed for use, in manufacturing, compounding, converting, producing, processing, preparing, testing, analyzing, packaging, re-packaging, storing, containing, concealing, injecting, ingesting, inhaling, or otherwise introducing into the human body, a controlled substance as classified under Delaware law.

4. Marking or identifiers of occupancy or residency of the described premise including but not limited to utility and electric bills, cancelled envelopes, and keys.

5. Books, records, receipts, notes, ledgers, and other papers relating to transporting, ordering, purchasing, or distributing illegal drugs and drug by-products including addresses and telephone numbers of individuals associated in the drug trafficking operation.

6. Any documents, receipts, tickets or other papers reflecting or evidencing travel by any means in furtherance of the drug trafficking enterprise between Delaware and other states.

7. Books, records, receipts, bank statements and records, money drafts, letters of credit, cashier's check receipts, passbooks, bank checks, safety deposit keys, loan documents, wire transfers and other papers or documents evidencing the obtaining, secreting, transferring, laundering, and investing and/or concealing of any assets or monies obtained directly or indirectly from violations of the controlled substances laws.

8. Any United States Currency in close proximity to any illegal drugs or paraphernalia, or any unusual quantities of currency, or other property such as electronic equipment and luxury items of value found in quantities not normally associated with residences.

9. Any firearm or deadly weapon in close proximity to an illegal drug as defined in the Controlled Substance Act.

15

IN THE MATTER OF:  } JUSTICE OF THE PEACE COURT #11
George Benjamin Griffn 3rd (BMNH DOB 07/24/1985)
2006 Volkswagen Blue SUV  }
VIN: WVGZG77L66D043590  } STATE OF DELAWARE
  }
  } SEARCH WARRANT

10. Any and all documents identifying involvement or association with Criminal Organizations, and or suspected Criminal Organizations, to include documents, financial records, and/or activities.

11. Search the following location within the residence described herein the application and affidavit to include but not limited to: any outbuilding, locked or unlocked safes, boxes, bags, compartments, storage areas or things in the nature thereof, found in or upon said premise that could be used to contain evidence of related criminal activity.

12. Any personal computer, computer system, device or component to include desktop(s), laptop(s), notebook(s), PDA(s), or tower style systems capable of storing, retrieving, and/or processing magnetic, digital or optical data and in particular any such devices capable of connecting to or communicating with the Internet or Internet Service Providers by any means including dial-up, broadband, or wireless services.

13. Any digital or optical data storage device connected to, capable or being connected to, read by, or capable of being read by, any item described in paragraph 14 of this addendum, to include: internal or external hard drives (found within or without any item seized pursuant to paragraph 1), mass storage devices, pen drives, smart cards, compact disks (CD), compact disk – recordable (CD R) or re-writable (CD RW), floppy diskettes, DVD+/- R or RW, or any other such device that stores digital data optically, electronically, or magnetically.

14. Any digital camera, digital video camera, optical camera, optical video camera, cell phone, or other device capable of capturing and storing to any media, photographs or images and the associated media there from.

16

GRIFFIN-00000112

```
IN THE MATTER OF:                              } JUSTICE OF THE PEACE COURT #11
George Benjamin Griffn 3rd (BMNH DOB 07/24/1985)
2006 Volkswagen Blue SUV                       }
VIN: WVGZG77L66D043590                         } STATE OF DELAWARE
                                               }
                                               } SEARCH WARRANT
```

## INVENTORY AND AFFIDAVIT OF PROPERTY TAKEN UNDER SEARCH WARRANT

I received the attached search warrant on _____ [Date] and have executed it as follows:

On _____ [Date] at _____ [p.m.], I searched the premises described in the warrant and left a copy of the warrant and a receipt for the items seized with the person from whom or from whose premises the property was taken, if present; or, if not present, at the premises.

The inventory was made and signed in the presence of [check one or both, as applicable];

[ ]   _____, the person from whom or from whose premises the property was
      taken [Fill in name, if known]; AND/OR

[X]   Another witness _____ [Fill in name (and title, if applicable)].

The following is an inventory of property taken pursuant to the warrant:

The search warrant was executed in the manner described above and this inventory is a true and detailed account of all the property taken by me on the warrant.

_____                              _____
Officer's Signature                                                      (Date)

Task Force Officer / Corporal T. D. Kashner 8038
Name/Title (Print)

WITNESS:          _____
(Optional)        Name (Print)                                        _____
                                                                          (Date)

Title (if applicable):     _____Police Officer_____

Address: _____

**[ATTACH WARRANT]**

17