IN THE MATTER OF:  
George Benjamin Griffn 3rd (BMNH ▮▮▮▮▮)  
2006 Volkswagen Blue SUV  
VIN: WVGZG77L66D043590

} JUSTICE OF THE PEACE COURT #11  
}  
} STATE OF DELAWARE  
}  
} SEARCH WARRANT

## INVENTORY AND AFFIDAVIT OF PROPERTY TAKEN UNDER SEARCH WARRANT

I received the attached search warrant on ___09/08/2022___ [Date] and have executed it as follows:

On ___09/09/2022___ [Date] at ___3:48___ [p.m.], I searched the premises described in the warrant and left a copy of the warrant and a receipt for the items seized with the person from whom or from whose premises the property was taken, if present; or, if not present, at the premises.

The inventory was made and signed in the presence of [check one or both, as applicable]:

[ ] _____, the person from whom or from whose premises the property was taken [Fill in name, if known]; AND/OR

[X] Another witness ___Patrolman Savino___ [Fill in name (and title, if applicable)].

The following is an inventory of property taken pursuant to the warrant:  
-125.9 grams of Cocaine in a clear knotted plastic bag  
-1 smart phone belonging to George Griffin

The search warrant was executed in the manner described above and this inventory is a true and detailed account of all the property taken by me on the warrant.

_____          9/9/2022  
Officer's Signature                                              (Date)

Task Force Officer / Corporal T. D. Kashner 8038  
Name/Title (Print)

WITNESS:       Patrolman Mark Savino  
(Optional)        Name (Print)                                                                (Date)

Title (if applicable):       Police Officer

Address: _____

**[ATTACH WARRANT]**

17